B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–22240**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michelle N Harrison
   8046 S. Aberdeen
   Chicago, IL 60620

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8139

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                      FOR THE COURT

Dated: <u>September 7, 2011</u>        <u>Kenneth S. Gardner, Clerk</u>
                                         United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 11-22240-JBS
Michelle N Harrison　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: nmolina　　　　Page 1 of 2　　　　Date Rcvd: Sep 07, 2011
　　　　　　　　　　　　Form ID: b18　　　　　Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
```
db          +Michelle N Harrison,    8046 S. Aberdeen,    Chicago, IL 60620-3050
aty         +Brian E Alexander,    Alexander, Alexander & Associates,    111 W Washington Street,   Suite 1505,
              Chicago, IL 60602-2709
17733894    +Aaron's Rents,    4194-A NE Expressway,    Atlanta, GA 30340-3852
17327835    +Arrow Financial Services,    c/o Freedman Anselmo Lindberg LLC,    PO Box 3228,
              Naperville, IL 60566-3228
17327836    +Bank of America,    15255 S. 94th Ave,    Orland Park, IL 60462-3896
17327837     Chase Auto Finance,    PO Box 9001937,    Louisville, KY 40290-1937
17327838    +Check N GO,    541 E. Roosevelt Rd Ste 234,    Lombard, IL 60148-4631
17733897    +Check N Go,    Collections Department,    4540 Cooper Rd Ste 305,    Cincinnati, OH 45242-5649
17327839     City of Chicago- Department of Law,    PO Box 6330,    Chicago, IL 60680-6330
17733899     DirectTV,    P O Box 9001069,    Louisville, KY 40290-1069
17327840    +Earl Louden II,    9019 S. Kingston,    Chicago, IL 60617-4054
17327841     Fingerhut,    PO BOX 166,    Newark, NJ 07101-0166
17327842     First Bank of Delaware,    PO Box 30311,    Tampa, FL 33630-3311
17327843    +Franklin Collection Serv. Inc.,    PO Box 3910,    Tupelo, MS 38803-3910
17327844    +GE Money Bank,    PO Box 3216,    Naperville, IL 60566-7216
17327847    +National Quick Cash,    8502 S. Cicero Ave,    Burbank, IL 60459-2803
17327850    +TCF,    2901 N Mannheim,    Franklin Park, IL 60131-2223
17733900     Walmart,    P O Box 960024,    Orlando, FL 32896-0024
17327852    +Watts Landscaping,    8950 S. Greenwood,    Chicago, IL 60619-7096
17327853    +Williams & Fudge,    PO Box 11590,    Rock Hill, SC 29731-1590
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QNNREID.COM Sep 08 2011 01:53:00      N. Neville Reid,   Fox, Heftner et al,
              200 W. Madison Street,    Suite 3000,    Chicago, IL 60606-3417
17733895     EDI: HFC.COM Sep 08 2011 01:53:00      Best Buy Reward Zone Mastercard,    P O Box 80045,
              Salinas, CA 93912-0045
17733896     EDI: CAPITALONE.COM Sep 08 2011 01:53:00      Capital One,   P O Box 6492,
              Carol Stream, Il 60197-6492
17327838    +EDI: CHECKNGO.COM Sep 08 2011 01:53:00      Check N GO,    541 E. Roosevelt Rd Ste 234,
              Lombard, IL 60148-4631
17733897    +EDI: CHECKNGO.COM Sep 08 2011 01:53:00      Check N Go,    Collections Department,
              4540 Cooper Rd Ste 305,    Cincinnati, OH 45242-5649
17327845    +E-mail/Text: bk@gafco.net Sep 08 2011 03:38:39      GREAT AMERICAN FINANCE,
              205 W WACKER DR, STE 2275,    Chicago, IL 60606-1211
17327846     EDI: TSYS2.COM Sep 08 2011 01:53:00      Macy's,    PO Box 183083,    Columbus, OH 43218-3083
17327849     EDI: NEXTEL.COM Sep 08 2011 01:53:00      Sprint,    PO Box 4191,   Carol Stream, IL 60197-4191
                                                                                              TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17327833     ADT Security Services,    PO Box 650485
17327834     ADT Security Services,    PO Box 650485
17327848     RCA Collections
17327851     Volkswagon Credit
17733898*    City of Chicago Dept of Law,    P O Box 6330,    Chicago, Il 60680-6330
                                                                                   TOTALS: 4, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: nmolina            Page 2 of 2              Date Rcvd: Sep 07, 2011
                              Form ID: b18             Total Noticed: 26

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**             **Signature:** _Joseph Speetjens_